1 | LAW OFFICES KENNETH M. STERN   Bar No. 82975
5850 Canoga Avenue
2 | Fourth Floor
Woodland Hills, California 91367
3 | (818) 716-1101

4 | Attorney for Defendant, specially
appearing, for purposes of this motion,
5 | pursuant to, and in conjunction with, appointment
by U.S. Court of Appeals, Ninth Circuit

FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7
8                    UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION
10

11

12 | UNITED STATES OF AMERICA,        )
                                     )
13 |     Plaintiff-Appellee,          )  DC# CR-04-0354-DSF
                                     )  ORDER ON
14 | vs.                              )  MOTION FOR APPELLATE
                                     )  COUNSEL FOR DANIEL NICHERIE
15 |                                  )  TO BE PROVIDED SEALED TRANSCRIPTS
                                     )  AND DOCUMENTS FOR PURPOSE OF
16 | DANIEL NICHERIE,                 )  EVALUATING POTENTIAL APPELLATE
                                     )  ISSUES.
17 |     Defendant-Appellant.         )
   |_____)  (Proposed Order)
18

19       UPON GOOD CAUSE BEING SHOW, IT IS HEREBY ORDERED a copy of

20 the following sealed matters be provided to defendant, Danial

21 Nicherie's, appellate counsel, Kenneth M. Stern:

22 Transcripts (sealed portions).

23       1.  October 23, 2006, reporter Pamela Seijas, Page 29, line

24 10 to page 35, line 22.

25       2.  August 15, 2005, reporter Pamela Seijas, Page 4, line 6

26 to page 31, line 24

27       3.  December 5, 2005, reporter Pamela Seijas, page 4, line

28 17 to page 16, line 9, September 11, 2006, reporter Pamela

1  Seijas, page 19, line 23 to page 30, line 14

2       5.   June 14, 2005, reporter, Pamela Seijas, pp. 20-63

3       6.   June 23, 2005, reporter Pamela Seijas pp. 12-51.

4       7.   June 26, 2006, reporter Pamela Seijas.

5  Documents.

6       1.   Daniel Nicherie's motion for attorney's fees.

7       2.   John Gordon (Quinn Emanuel) Response to Daniel

8  Nicherie's Motion for Return of attorney's fees.

9       3.   Stanley Greenberg's Response to Daniel Nicherie's Motion

10 for Return of attorney's fees.

11      4. Reply to Response of Stanley Greenberg to Daniel

12 Nicherie's Motion for Return of attorney's fees,

13 for use in appeal from judgment of conviction, with originals to

14 be provided to and filed with, under seal, U.S. Court of Appeal,

15 Ninth Circuit, in the event that said counsel determines that the

16 transcript(s) and/or document(s) need to be filed with said Ninth

17 Circuit.

18 Dated: *1-8-08*                    UNITED STATES DISTRICT COURT
                                      CENTRAL DISTRICT OF CALIFORNIA
19
                                      BY: _____
20                                        DALE FISCHER, DISTRICT JUDGE

21

22

23

24

25

26

27

28

PROOF OF PERSONAL SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action.  My business address is:

5850 Canoga Avenue, Fourth Floor, Woodland Hills, California 91367.  On November 29, 2007, I served the within motion to release sealed documents (proposed order) on the interested parties in said action by delivering a true copy thereof in a sealed envelope to:

Jason P. Gonzalez, Esq.
UNITED STATES ATTORNEYS OFFICE
1100 United States Courthouse
312 N. Spring Street
Los Angeles, Ca. 90012

David Chesnoff, Esq
520 S. Fourth Street
Las Vegas, Nv. 89101-6593

John Gordon, Esq.
QUINN, EMANUAL
865 S. Figueroa St.
Tenth Floor
Los Angeles, Ca. 90017

Stanley Greenberg, Esq.
6080 Center Drive
No. 800
Los Angeles, Ca. 90045

Daniel Nicherie
4311 Wilshire Blvd.
No. 314
Los Angeles, Ca. 90010

Kiana Sloan-Hillier
1901 Avenue of the Stars, Ste. 615
Los Angeles, Ca. 90067

I declare under penalty of perjury the foregoing is true and correct.

Executed on November 29, 2007 at Los Angeles, California.

_____
DECLARANT, KENNETH M. STERN